IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL CASUALTY COMPANY, )<br><br>    Plaintiff, )<br>           )<br>     v.       )<br>           )<br>A & H EXPRESS, INC., AMANDEEP )<br>SANDU, AJMER SINGH, JACKIE )<br>FLETCHER, CLAYTON BAKER, ROBERT )<br>NEWCOMER, DENENE DELGADO, )<br>MICHAEL IRION, MARVIN JOHN )<br>VANDERSLOOT, ESTATE OF CLAY )<br>NEWCOMER, ESTATE OF DOTSIE )<br>IRION, PROGRESSIVE INSURANCE )<br>COMPANY, NATIONWIDE INSURANCE )<br>COMPANY, 21st CENTURY INSURANCE )<br>COMPANY, )<br>           )<br>    Defendants. )<br>_____ ) | 2:11-cv-00354-GEB-EFB<br><br>ORDER CONTINUING STATUS<br>(PRETRIAL SCHEDULING)<br>CONFERENCE; FED. R. CIV. P.<br>4(M) NOTICE |

    The Joint Status Report filed May 31, 2011 reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on June 13, 2011 is continued to September 19, 2011 at 9:00 a.m.  A further joint status report shall be filed no later than fourteen (14) days prior.

    Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that any defendant not served with process within the 120 day period prescribed in that Rule may be dismissed as a defendant in this action unless Plaintiff provides proof of service and/or "shows good cause for the failure" to serve within this

1

1  prescribed period in a filing due no later than 4:00 p.m. on July 5,

2  2011.

3          IT IS SO ORDERED.

4  Dated:  June 8, 2011

5

6  _____
   GARLAND E. BURRELL, JR.

7  United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28