IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNIVERSAL CASUALTY COMPANY,      )
                                 )   2:11-cv-354-GEB-EFB
             Plaintiff,          )
                                 )
      v.                         )   ORDER GRANTING LEAVE TO FILE
                                 )   SECOND AMENDED COMPLAINT
A & H EXPRESS, INC., AMANDEEP    )
SANDU, AJMER SINGH, JACKIE       )
FLETCHER, CLAYTON BAKER, ROBERT  )
NEWCOMER, DENENE DELGADO, MARVIN )
JOHN VANDERSLOOT, ESTATE OF CLAY )
NEWCOMER, ESTATE OF DOTSIE       )
IRION, PROGRESSIVE INSURANCE     )
COMPANY, NATIONWIDE INSURANCE    )
COMPANY,                         )
                                 )
             Defendants.[1]      )
_____)
```

Plaintiff filed a "Stipulation to File Second Amended Complaint for Interpleader" ("Stipulation") on September 14, 2011. (ECF No. 39.) The request is granted; therefore, Plaintiff is granted five (5) days leave within which to file the Second Amended Complaint attached to the Stipulation.

Dated: September 14, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The caption has been amended according to the Notice of Voluntary Dismissal of 21st Century Insurance Company filed August 22, 2011. (ECF No. 34.)

1