|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNIVERSAL CASUALTY COMPANY,

    Plaintiff,

vs.

A & H EXPRESS, INC., AMANDEEP SANDU, AJMER SINGH, JACKIE FLETCHER, CLAYTON BAKER, ROBERT NEWCOMER, DENENE DELGADO, MICHAEL IRION, ESTATE OF CLAY NEWCOMER, ESTATE OF DOTSIE IRION, PROGRESSIVE CLASSIC INSURANCE COMPANY, NATIONWIDE MUTUAL INSURANCE COMPANY, 21ST CENTURY INSURANCE COMPANY,

    Defendants.
_____/

No. CIV. S-11-354 GEB EFB

<u>ORDER</u>

On October 12, 2011, the assigned district judge issued an order herein noting that "the parties state that 'the only unresolved issue for determination should be a paternity dispute as between Robert Newcomer and Clayton Baker, who are both asserting claims as the father of Clay Newcomer, and their respective interests in the agreed upon settlement, if any.'" Dckt. No. 49 at 2 (citing Dckt. No. 40 at 3). The order then referred this case to the undersigned pursuant to Local Rule 302(c)(21) "[s]ince both Robert Newcomer and Clayton Baker are proceeding in pro per." *Id.*

1

1  Although a scheduling order has already issued in this action pursuant to Federal Rule of
2  Civil Procedure 16(b), *see* Dckt. No. 45, in light of the significant changes that have occurred in
3  this action since that order issued, the parties are directed to file, on or before November 30,
4  2011, a joint status report indicating how they intend to proceed with this action and what
5  changes, if any, should be made to the Rule 16 scheduling order already in place.
6  SO ORDERED.
7  DATED: November 8, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE