IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL CASUALTY COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>A & H EXPRESS, INC., AMANDEEP SANDU, AJMER SINGH, JACKIE FLETCHER, CLAYTON BAKER, ROBERT NEWCOMER, DENENE DELGADO, MICHAEL IRION, ESTATE OF CLAY NEWCOMER, ESTATE OF DOTSIE IRION, PROGRESSIVE CLASSIC INSURANCE COMPANY, NATIONWIDE MUTUAL INSURANCE COMPANY, 21ST CENTURY INSURANCE COMPANY,<br><br>  Defendants. | 2:11-cv-00354-GEB-EFB<br><br><u>ORDER DENYING DISMISSAL MOTION AS MOOT</u> |

On June 30, 2011, Defendant Robert Newcomer filed an unnoticed motion to dismiss Plaintiff's First Amended Complaint. (ECF No. 22.) However, Plaintiff filed a Second Amended Complaint on September 14, 2011, which is now the operative pleading. See <u>Hal Roach Studios, Inc., v. Richard Feiner and Co., Inc.</u>, 896 F.2d 1542, 1546 (9th Cir. 1989)(stating an amended complaint supercedes the prior complaint). Since the pending dismissal motion does not address the operative pleading, it is denied as moot.

Dated: March 7, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

1