IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSITY CASUALTY COMPANY, )<br>             )<br>         Plaintiff, )<br>             )<br>     v.      )<br>             )<br>A & H EXPRESS, INC., AMANDEEP )<br>SANDU, AJMER SINGH, JACKIE )<br>FLETCHER, CLAYTON BAKER, ROBERT )<br>NEWCOMER, DENENE DELGADO, )<br>MICHAEL IRION, ESTATE OF CLAY )<br>NEWCOMER, ESTATE OF DOTSIE )<br>IRION, PROGRESSIVE CLASSIC )<br>INSURANCE COMPANY, NATIONWIDE )<br>MUTUAL INSURANCE COMPANY, 21ST )<br>CENTURY INSURANCE COMPANY, )<br>             )<br>         Defendants. )<br>_____ ) | 2:11-cv-00354-GEB-EFB<br><br>ORDER |

The parties, or a party, shall explain in a writing to be filed no later than September 24, 2012, whether the Stipulation and Proposed Order regarding settlement and distribution of the insurance proceeds (ECF No. 64) accounts for the registry fund fee assessed under Local Rule 150(i), and if not, why not.

IT IS SO ORDERED.

Dated:  September 17, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1