1  Timothy A. Loranger, Esq., SB #225422
   **BAUM, HEDLUND, ARISTEI & GOLDMAN**
2  A Professional Corporation
   12100 Wilshire Blvd., Suite 950
3  Los Angeles, CA   90025
   Tel:  (310) 207-3233
4  Fax:  (310) 820-7444

5  Attorneys for Defendant,
   **JACKIE M. FLETCHER**
6

7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNIVERSAL CASUALTY COMPANY,            )   **CASE NO. 2:11-CV-00354-GEB-EFB**
                                           )
12              Plaintiff,                 )   Judge:  Hon. Garland E. Burrell, Jr.
                                           )   Dept.:  Courtroom 10
13        vs.                              )
                                           )   **[VIA CM/ECF E-FILING SYSTEM]**
14  A & H EXPRESS, INC., AMANDEEP SANDU,   )
    AJMER SINGH, JACKIE FLETCHER,          )   **AMENDED ORDER RE DISTRIBUTION**
15  CLAYTONTON BAKER, ROBERT               )   **OF INSURANCE PROCEEDS HELD BY**
    NEWCOMER, DENENE DELGADO, MARVIN       )   **THE COURT**
16  JOHN VANDERSLOOT, ESTATE OF            )
    CLAYTON NEWCOMER, ESTATE OF            )
17  DOTSIE IRION, PROGRESSIVE INSURANCE    )
    COMPANY, NATIONWIDE INSURANCE          )   Trial:  April 9, 2013
18  COMPANY, 21ST CENTURY INSURANCE   )
    COMPANY,                               )
19                                         )
                Defendants.                )
20                                         )
                                           )
21  _____    )

22

23

24

25     Having considered Defendants' Stipulation Regarding Distribution of Insurance Proceeds, the
26  attached Settlement and Release, and relevant portions of the case file in this interpleader action,
27  having found no other potential claimants to the funds, the Court hereby orders that the insurance
28  proceeds interpled by Universal Casualty Company be divided by these Defendants, as follows:

---
1
AMENDED [PROPOSED] ORDER RE DISTRIBUTION OF INSURANCE PROCEEDS

**Gross funds available:**          $492,881.10

1.  JACKIE FLETCHER                                                  $268,940.55
2.  CLAYTON BAKER                                                    $208,940.55
3.  ROBERT NEWCOMER                                                  $ 15,000.00

Pursuant to the above ordered division, the Clerk of the Court is directed to issue, or cause to be issued, three (3) checks made payable as follows:

1.  Baum, Hedlund, Aristei & Goldman, P.C., client trust Account:    $268,940.55
    12100 Wilshire Boulevard, Suite 950
    Los Angeles, California 90025

2.  Angelo & White, APC, client trust account:                       $208,940.55
    610 Newport Center Drive, Suite 830
    Newport Beach, CA 92660

3.  Fuller Jenkins, client trust account:                            $ 15,000.00
    11975 El Camino Real, Suite 200
    San Diego, CA  92130

Pursuant to Local Rule 105 regarding mandatory fees on and distribution of accrued interest, the Court hereby orders the Clerk of the Court to retain a 10% registry fund fee, pursuant subsection (i), and to disburse the balance of interest as follows:

1.  Jackie Fletcher:                                                 48%
2.  Clayton Baker                                                    48%
3.  Robert Newcomer                                                  4%

**Date:  9/26/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge