Timothy A. Loranger, Esq., SB #225422
BAUM, HEDLUND, ARISTEI & GOLDMAN
A Professional Corporation
12100 Wilshire Blvd., Suite 950
Los Angeles, CA   90025
Tel:   (310) 207-3233
Fax:  (310) 820-7444

Attorneys for Defendant,
JACKIE M. FLETCHER

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL CASUALTY COMPANY, | CASE NO. 2:11-CV-00354-GEB-EFB |
| Plaintiff, | Judge: Hon. Garland E. Burrell, Jr.<br>Dept.: Courtroom 10 |
| vs. | |
| A & H EXPRESS, INC., AMANDEEP SANDU, AJMER SINGH, JACKIE FLETCHER, CLAYTONTON BAKER, ROBERT NEWCOMER, DENENE DELGADO, MARVIN JOHN VANDERSLOOT, ESTATE OF CLAYTON NEWCOMER, ESTATE OF DOTSIE IRION, PROGRESSIVE INSURANCE COMPANY, NATIONWIDE INSURANCE COMPANY, 21ST CENTURY INSURANCE COMPANY, | [VIA CM/ECF E-FILING SYSTEM]<br><br>AMENDED ORDER RE DISTRIBUTION OF INSURANCE PROCEEDS HELD BY THE COURT<br><br>Trial:  April 9, 2013 |
| Defendants. | |

Having considered Defendants' Stipulation Regarding Distribution of Insurance Proceeds, the attached Settlement and Release, and relevant portions of the case file in this interpleader action, having found no other potential claimants to the funds, the Court hereby orders that the insurance proceeds interpled by Universal Casualty Company be divided by these Defendants, as follows:

| | | |
|---|---|---|
| | **Gross funds available:** | **$492,881.10** |
| 1. | JACKIE FLETCHER | $268,940.55 |
| 2. | CLAYTON BAKER | $208,940.55 |
| 3. | ROBERT NEWCOMER | $ 15,000.00 |

Pursuant to the above ordered division, the Clerk of the Court is directed to issue, or cause to be issued, three (3) checks made payable as follows:

1. Baum, Hedlund, Aristei & Goldman, P.C., client trust Account:   $268,940.55
   12100 Wilshire Boulevard, Suite 950
   Los Angeles, California 90025

2. Angelo & White, APC, client trust account:   $208,940.55
   610 Newport Center Drive, Suite 830
   Newport Beach, CA 92660

3. Fuller Jenkins, client trust account:   $ 15,000.00
   11975 El Camino Real, Suite 200
   San Diego, CA  92130

Pursuant to Local Rule 105 regarding mandatory fees on and distribution of accrued interest, the Court hereby orders the Clerk of the Court to retain a 10% registry fund fee, pursuant subsection (i), and to disburse the balance of interest as follows:

1. Jackie Fletcher:   48%
2. Clayton Baker   48%
3. Robert Newcomer   4%

**Date:  9/26/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge